UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Pincus Law Group, PLLC**

ssmith@pincuslaw.com
Sherri J. Smith, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902 ext. 2217
ATTORNEYS FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-19, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-19

Order Filed on April 27, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 20-20951 |
|---|---|---|
| Andrea Holmes Thompkins dba Ace Media Corp dba Ace Land, LLC | Chapter: | 7 |
|  | Hearing Date: | 4/26/2022 |
| DEBTOR | Judge: | SLM |

| Recommended Local Form | ☑ Followed | ☐ Modified |
|---|---|---|

### ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**

**DATED: April 27, 2022**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-19, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-19, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

X Real property more fully described as:

**867 Greenwood Road, Teaneck, NJ 07666**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20951-SLM |
| Andrea Holmes Thompkins | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

**Recip ID**    **Recipient Name and Address**
db    + Andrea Holmes Thompkins, 867 Greenwood Road, Teaneck, NJ 07666-6631

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**  **Bypass Reason**  **Name and Address**
intp    *+    Andrea Holmes Thompkins, 867 Greenwood Road, Teaneck, NJ 07666-6631

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono asodono@msbnj.com |
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| David B. Grantz | on behalf of Petitioning Creditor D.R. Media Advisors LLC dgrantz@meyner.com, ckelly@meyner.com |
| David B. Grantz | on behalf of Plaintiff D.R. Media Advisors LLC dgrantz@meyner.com, ckelly@meyner.com |

Case 20-20951-SLM    Doc 130    Filed 04/29/22    Entered 04/30/22 00:16:49    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| Name | Details |
|---|---|
| Dionne L. Wade | on behalf of Debtor Andrea Holmes Thompkins dionnewade@optonline.net |
| Donald F. Campbell, Jr. | on behalf of Counter-Defendant Andrea Holmes Thompkins dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Defendant Andrea Holmes Thompkins dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Defendant Julian G. Thompkins dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Gregory R Preston | on behalf of Defendant Katherine Frink Hamlett gpreston@pwlawllc.com |
| Gregory R Preston | on behalf of Creditor Katherine Frink Hamlett gpreston@pwlawllc.com |
| Javier Lopez | on behalf of Plaintiff D.R. Media Advisors LLC jlopez@meyner.com |
| Javier Lopez | on behalf of Petitioning Creditor D.R. Media Advisors LLC jlopez@meyner.com |
| Joshua I. Goldman | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-19, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-19 josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Kim R. Lynch | on behalf of Interested Party Benjamin A. Stanziale Jr. klynch@formanlaw.com, kanema@formanlaw.com |
| Kim R. Lynch | on behalf of Trustee Benjamin A. Stanziale Jr. klynch@formanlaw.com, kanema@formanlaw.com |
| Kim R. Lynch | on behalf of Plaintiff Benjamin A. Stanziale Jr. klynch@formanlaw.com, kanema@formanlaw.com |
| Kim R. Lynch | on behalf of Plaintiff Benjamin A. Stanziale Jr., in his capacity as Chapter 7 Trustee of Andrea Holmes Thompkins klynch@formanlaw.com, kanema@formanlaw.com |
| Michael E. Holt | on behalf of Trustee Benjamin A. Stanziale Jr. mholt@formanlaw.com, kanema@formanlaw.com |
| Michael E. Holt | on behalf of Plaintiff Benjamin A. Stanziale Jr. mholt@formanlaw.com, kanema@formanlaw.com |
| Michael E. Holt | on behalf of Interested Party Benjamin A. Stanziale Jr. mholt@formanlaw.com, kanema@formanlaw.com |
| Michael E. Holt | on behalf of Plaintiff Benjamin A. Stanziale Jr., in his capacity as Chapter 7 Trustee of Andrea Holmes Thompkins mholt@formanlaw.com, kanema@formanlaw.com |
| Nancy Isaacson | on behalf of Mediator Nancy Isaacson nisaacson@greenbaumlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 24